■ In the Matter of DANIEL J. PAGNANI, JR., Appellant, v WINTHROP UNIVERSITY HOSPITAL et al., Respondents.—Appeal by the petitioner from an order and judgment (one paper) of the Supreme Court, Nassau County (Collins, J.), entered June 10, 1988.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Collins at the Supreme Court. Mangano, J. P., Brown, Kunzeman and Kooper, JJ., concur.